IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. DNCW3:09CR178-001 |
| | ) (Financial Litigation Unit) |
| JOSEPH A. WOODS. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and TRULIANT FEDERAL CREDIT UNION:

A judgment was entered on May 26, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Joseph A. Woods, whose last known address is XXXXXXXXXXX, Charlotte, North Carolina 28270, in the sum of $889,218.25. The balance on the account as of August 2, 2011, is $889,218.25.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Truliant Federal Credit Union is commanded to **turn over property** in which the Defendant, Joseph A. Woods, has a substantial nonexempt interest, said property being funds located in Truliant Federal Credit Union accounts including, but not limited to, any and all checking accounts, savings accounts, certificates of deposit, and individual retirement accounts (IRA), including savings account number XXXX060, held in the name of Joseph A. Woods at the following address: Truliant Federal Credit Union, 3200 Truliant Way, Winston Salem, North Carolina 27103, Attention: Collections Department.

**SO ORDERED**.

Signed: August 2, 2011

_____
David S. Cayer
United States Magistrate Judge