IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. DNCW3:09CR178-001 |
| | ) (Financial Litigation Unit) |
| JOSEPH A. WOODS. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and UNIVERSAL TECHNICAL INSTITUTE, INC.:

A judgment was entered on May 26, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Joseph A. Woods, whose last known address is XXXXXXXXXXXX, Charlotte, North Carolina 28270, in the sum of $889,218.25. The balance on the account as of August 2, 2011, is $889,218.25.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Universal Technical Institute, Inc., is commanded to **turn over property** in which the Defendant, Joseph A. Woods, has a substantial nonexempt interest, said property being funds held by the Plan Administrator for the Universal Technical Institute, Inc., 401K plan, including, but not limited to, any and all funds contained in the 401K account held in the name of Joseph A. Woods, at the following address: Universal Technical Institute, Inc., 16220 North Scottsdale Road, Suite 100, Scottsdale, Arizona 85254, Attention: Plan Administrator.

**SO ORDERED**.

Signed: August 2, 2011

_____
David S. Cayer
United States Magistrate Judge